### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MIAMI TRIBE OF OKLAHOMA BUSINESS DEVELOPMENT AUTHORITY, a tribal enterprise of the Miami Tribe of Oklahoma, a federally recognized Indian tribe, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 16-CV-140-GKF-FHM |
| ROCKET GAMES, INC., a Delaware Corporation; DOE #1; DOE #2; DOE #3; DOE #4; DOE #5; DOE #6; DOE #7; DOE #8; DOE #9; DOE #10, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff's *Motion for Entry of Protective Order*, [Dkt. 27], is before the court for decision. Defendant filed a *Response in Opposition to the Protective Order*, [Dkt. 28]. No reply was filed.

Plaintiff views Defendant as a direct competitor and therefore seeks the entry of a Protective Order that would preclude disclosure of Plaintiff's highly confidential information, especially financial information, to any insider of Defendant. Plaintiff contends that the disclosure of Plaintiff's highly confidential information to Defendant's outside counsel and experts is sufficient for Defendant's needs in this case.

Defendant responds that it is not a direct competitor of Plaintiff's and Defendant's inside decision-makers need access to Plaintiff's highly confidential information, especially access to Plaintiff's financial information, to make informed decisions about Plaintiff's claims for damages to fully evaluate any settlement proposals.

For purposes of resolving this motion, the court assumes that the parties are direct competitors and that Plaintiff has reasonable business concerns with disclosing its highly confidential information to Defendant. The court, therefore, GRANTS Plaintiff's *Motion for Entry of Protective Order*. [Dkt. 27]. If the Protective Order proves to be unworkable in practice, Defendant may file a motion seeking relief from the Protective Order with respect to specific information.

SO ORDERED this 17th day of October, 2016.

*/s/ Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE